**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT

04 FEB -3 PM 4:29

CYNTHIA SEELEY,

    Plaintiff,

vs.

                                   Case No. _____

CHRISTOPHER CHASE,

**CIV - 0 4 - 0 1 1 8 JC LFG**

    Defendant.

### COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, TORT CLAIMS, AND DAMAGES

Plaintiff Cynthia Seeley, by and through her attorneys, Kennedy & Han, P.C., bring this complaint for violation of her civil rights under 42 U.S.C. § 1983, and for assault, battery, false arrest, and false imprisonment, under the New Mexico Tort Claims Act, and alleges as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this action pursuant to 42 U.S.C. §§ 1983 and 1988, and 28 U.S.C. § 1343, with pendent jurisdiction over the state law claims. Venue is proper in this district as Defendant Chase is a resident of New Mexico and all the acts complained of occurred in New Mexico. Plaintiff's causes of action arose in New Mexico.

### PARTIES

2.    Plaintiff Cynthia Seeley is a resident of the state of New Mexico.

3.    Defendant Christopher Chase was, at all relevant times herein, employed as a law enforcement officer by the Albuquerque Police Department, a governmental agency operated by Defendant City of Albuquerque.

4. At all times materials to this complaint. Defendant Chase was acting within the scope of his duties employment as a law enforcement officer and under color of state law. Defendant Chase is sued in his individual capacity.

## FACTUAL BACKGROUND

5. On February 19, 2002, while at the apartment of Dorinda Jim, an argument broke out between Ms. Jim and Plaintiff, and Ms. Jim called the Albuquerque Police Department (APD) for assistance.

6. Defendant Chase arrived at Ms. Jim's residence in response to her request for assistance. Defendant Chase was accompanied at that time by 2 or 3 other APD officers.

7. Upon assessing the situation. Defendant Chase stated that one of the two women needed to leave and "cool off." In response, Plaintiff grabbed her purse and prepared to depart. Defendant Chase then diverted Plaintiff and made her get in the back seat of his patrol car.

8. It was after midnight when Defendant Chase drove Plaintiff to a deserted alley in the vicinity of the Marriott hotel located on Louisiana Boulevard NE. Albuquerque. New Mexico. Defendant Chase then parked the patrol car and got out, and as he did so, removed his equipment belt.

9. Defendant Chase then instructed Plaintiff to get out of his police car. Plaintiff complied. Defendant Chase removed Plaintiff's shorts and forced Plaintiff to bend over the back seat of the patrol car. Defendant Chase then raped Plaintiff.

10. After the rape, Defendant Chase drove off and left Plaintiff alone and crying in the

2

dark, deserted alley.

## COUNT I:  CIVIL RIGHTS CLAIMS AGAINST DEFENDANT CHASE-- EXCESSIVE USE OF FORCE IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS

11.     Plaintiff incorporates paragraphs 1 through 10 as though fully set forth herein.

12.     Defendant Chase used physical force in seizing and detaining Plaintiff, including but not limited to sexually assaulting and battering her.

13.     Defendant Chase's sexual assault of Plaintiff was objectively unreasonable, as well as intentional, willful, wanton, obdurate, and in gross and reckless disregard of Plaintiff's rights.

14.     Defendant Chase's use of force against Plaintiff proximately caused Plaintiff damages and injuries, including invasion of bodily integrity, physical injury, physical pain and suffering, and severe psychological and emotional distress.

WHEREFORE, Plaintiff Cynthia Seeley asks for compensatory and punitive damages, and an award of attorney's fees and costs, against Defendant Chase.

## COUNT II:  CIVIL RIGHTS CLAIMS AGAINST DEFENDANT CHASE-- UNLAWFUL DETENTION IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS

15.     Plaintiff incorporates paragraphs 1 through 14 as though fully set forth herein.

16.     Defendant Chase detained Plaintiff without reasonable suspicion or probable cause to believe that Plaintiff had committed or was committing a crime.

3

17. Defendant Chase's unlawful detention of Plaintiff was objectively unreasonable, intentional, willful, wanton, obdurate, and in gross and reckless disregard of Plaintiff's rights.

18. Defendant Chase's unlawful detention of Plaintiff proximately caused Plaintiff damages and injuries, including invasion of bodily integrity, physical injury, physical pain and suffering, and severe psychological and emotional distress.

WHEREFORE, Plaintiff Cynthia Seeley asks for compensatory and punitive damages, and an award of attorney's fees and costs, against Defendant Chase.

### COUNT III: SUBSTANTIVE DUE PROCESS CLAIMS AGAINST DEFENDANT CHASE

19. Plaintiff incorporates paragraphs 1 through 18 as set forth fully herein.

20. At the time of Defendant Chase's sexual assault and battery upon Plaintiff, Plaintiff had a fundamental liberty interest protected under the Fourteenth Amendment to the United States Constitution. This interest included a right to reasonable care and safety while in Defendant Chase's custody, and the right to be secure in her bodily integrity.

21. Defendant Chase's sexual assault and battery upon Plaintiff violated Plaintiff's rights under the Fourteenth Amendment.

22. Defendant Chase's acts were objectively unreasonable, intentional, willful, wanton, obdurate, and in gross and reckless disregard of Plaintiff's rights.

4

23.     Defendant's acts proximately caused Plaintiff's damages and injuries.   These damages include invasion of bodily integrity, physical injury, physical pain and suffering, and severe psychological and emotional distress.

WHEREFORE, Plaintiff Cynthia Seeley asks for compensatory and punitive damages, and an award of attorney's fees and costs, against Defendant Chase.

## COUNT IV: TORT CLAIMS AGAINST DEFENDANT CHASE

24.     Plaintiff incorporates paragraphs 1 through 23 as though fully set forth herein.

25.     Defendant Chase intentionally assaulted, battered, falsely arrested, and falsely imprisoned Plaintiff.

26.     Defendant Chase committed these torts against Plaintiff while acting within the scope of his duties as a law enforcement officer, thereby waiving any immunity from suit.

27.     Defendant Chase's tortious conduct proximately caused Plaintiff damages and injuries, including invasion of bodily integrity, physical injury, physical pain and suffering, and severe psychological and emotional stress.

WHEREFORE, Plaintiff Cynthia Seeley asks for compensatory and punitive damages, and an award of attorney's fees and costs, against Defendant Chase.

5

## JURY TRIAL DEMAND

32.     Plaintiff hereby demands a trial by jury on all counts so triable.


Respectfully submitted.
KENNEDY & HAN, P.C.

MARY Y. C. HAN
Attorneys for Plaintiff
201 12th Street NW
Albuquerque, NM 87102

6