**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**CYNTHIA SEELEY,**

**Plaintiff,**

**v.**                                             **No. CIV-04-0118 JC/LFG**

**CHRISTOPHER CHASE,**

**Defendant.**

**<u>DEFENDANT CHRISTOPHER CHASE'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF DEFENDANT'S OTHER ALLEGED ASSAULTS AND PENDING
CRIMINAL CHARGES</u>**

COMES NOW Defendant Christopher Chase, by and through his attorneys, Beall & Biehler, by Gregory L. Biehler, and moves this Court, pursuant to the Federal Rules of Evidence, to exclude from trial any evidence of Defendant's other alleged assaults and pending criminal charges.

AS GROUNDS Defendant states the following:

1.     Plaintiff is suing Defendant for civil rights violation under § 42 U.S.C. § 1983 and for various state tort claims.

2.     Defendant is alleged to have committed other assaults and has pending criminal charges.

3.     Such evidence is inadmissible under the Federal Rules of Evidence.

4.     Defendant has attached a memorandum in support of his motion.

5.     [discuss opposing counsel's position]

WHEREFORE, Defendant prays that this Court grant his motion in limine and order the exclusion of any evidence regarding any other alleged assaults and

pending criminal charges, or any other relief as the Court deems necessary and appropriate.

Respectfully Submitted,

BEALL & BIEHLER

BY:___*VIA E-FILE ONLY*_____
       GREGORY L. BIEHLER
       Attorney for Defendant
       6715 Academy Rd. NE
       Albuquerque, NM 87109
       (505) 828-3600
       (505) 828-3900

I hereby certify that a true and
correct copy of the foregoing
was faxed and mailed to:

A. Sibylle Ehrensmann
Kennedy & Han, P.C.
1122 Central Ave. SW
Albuquerque, NM 87102

This 18th day of November, 2004.

____*VIA  E-FILE ONLY*____
GREGORY L. BIEHLER