**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CYNTHIA SEELEY,

      Plaintiff,

v.                                      CIV No. 04-0118 JC/LFG

CHRISTOPHER CHASE,

      Defendant.

### PLAINTIFF'S EXHIBIT LIST

Plaintiff Cynthia Seeley, by and through her attorneys, Kennedy & Han, P.C., respectfully notifies the Court and opposing counsel of record that Plaintiff may present the following exhibits at the trial in this cause:

1.      Albuquerque Police Department, Computer Aided Dispatch (CAD) Incident Recall regarding CAD No. 020219/000825 (1 page).

2.      Albuquerque Police Department, Computer Aided Dispatch (CAD) Incident Recall regarding CAD No. 020219/000894 (1 page).

                                    Respectfully submitted,

                                    KENNEDY & HAN, P.C.

                              _____

                                  PAUL J. KENNEDY
                                  MARY Y. C. HAN
                                  Attorneys for Plaintiff
                                  201 Twelfth St., N.W.
                                  Albuquerque, NM 87102
                                  (505) 842-8662

I hereby certify that a true and correct copy of the foregoing was sent via first class mail postage prepaid to:

Gregory L. Biehler
Beall & Biehler, P.A.
6715 Academy Road, N.E.
Albuquerque, NM 87109-3365

this ___ day of January, 2005.

_____
Paul J. Kennedy
Mary Y. C. Han